Philip J. Terry (SBN 148144)
Kristin A. Mattiske-Nicholls (SBN 288495)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kmattiske@cmprlaw.com

Attorneys for Defendant
COMDATA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMORE PAYNE,<br><br>    Plaintiff,<br><br>v.<br><br>COMDATA INC.,<br><br>    Defendant. | Case No: 2:24-CV-00377-DJC-CKD<br><br>**JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION; REQUEST TO STAY; ORDER**<br><br>Complaint filed:  2/1/24<br>First Amended Complaint filed:  2/1/24<br>Second Amended Complaint filed:  2/29/24<br><br>Judge:  Hon. Daniel J. Calabretta |

Plaintiff LAMORE PAYNE ("Plaintiff"), and Defendant COMDATA INC. ("COMDATA"), by and through its respective counsel of record, hereby enter into the stipulation below with reference to the following facts:

WHEREAS, on or around February 29, 2024, Plaintiff filed a Second Amended Complaint against Defendant COMDATA INC., alleging a violation of the Electronic Fund Transfer Act, 15 U.S.C. § 1693 *et seq.*

WHEREAS, Comdata seeks to compel Plaintiff's claims against it to arbitration pursuant to the Cardholder Agreement that is attached hereto as **Exhibit A**.

WHEREAS, Plaintiff will not oppose Comdata's request in the interest of judicial economy.

WHEREAS, Plaintiff agrees to proceed to arbitration before the American Arbitration Association against Comdata.

1

WHEREAS, the Parties request that the Court set a Status Conference for no earlier than March 30, 2025, to confirm the status of arbitration.

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree and respectfully request that the Court enter an order submitting Plaintiff's claim to binding arbitration and staying Plaintiff's action pending arbitration.

Respectfully submitted,

Dated: June 6, 2024                                   ARMAS & JOSEPH, APC

By: /s/ Andrei Armas_____
Andrei Armas
Attorneys for Plaintiff
LAMORE PAYNE

Dated: June 6, 2024                                   LOKER LAW, APC

By:/s/ Matthew S. Loker_____
Matthew M. Loker
Attorneys for Plaintiff
LAMORE PAYNE

Dated: June 6, 2024                                   CARLE, MACKIE, POWER & ROSS LLP

By:/s/ Kristin A. Mattiske-Nicholls_____
Phillip J. Terry
Kristin A. Mattiske-Nicholls
Attorneys for Defendant
COMDATA INC.

**ORDER**

Based on the Joint Stipulation filed by the Parties, the Court hereby ORDERS as follows: Plaintiff's claim as to COMDATA INC. is submitted to binding arbitration. This action is stayed pending completion of arbitration.

The parties shall file a joint report apprising the Court on the status of arbitration within one hundred eighty (180) days from the date of this order and every ninety (90) days thereafter or within fourteen (14) days after the completion of arbitration, whichever is sooner.

**IT IS SO ORDERED**.

Dated:  June 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE