1 | **ARMAS & JOSEPH, APC**
2 | Andrei Armas, Esq. (299703)
  | aa@armasjoseph.com
3 | 1712 W. Beverly Blvd., Suite 201
4 | Montebello, CA 90640
  | Telephone: (213) 669-2984
5 | Facsimile: (213) 669-2984

6 | *Attorney for Plaintiff,*
7 | Lamore Payne

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| LAMORE PAYNE, | Case No: 2:24-CV-00377-DJC-CKD |
|---|---|
| Plaintiff, | **STIPULATION RE: DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(ii)]; AND ORDER** |
| v. | |
| COMDATA INC., | Complaint filed: 2/1/24 |
| Defendant. | First Amended Complaint filed: 2/1/24 |
|  | Second Amended Complaint filed: 2/29/24 |
|  | Judge: Hon. Daniel J. Calabretta |

## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff LAMORE PAYNE ("Plaintiff") and Defendant COMDATA INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation and mutually request the Court to enter an order dismissing this action in its entirety, with prejudice, with reference to the following facts:

1. Plaintiff filed his Complaint in this action on February 1, 2024;
2. Plaintiff filed his First Amended Complaint on February 1, 2024;
3. Plaintiff filed his Second Amended Complaint on February 29, 2024;
4. Defendant filed its Answer to Plaintiff's Second Amended Complaint on May 28, 2024;

1

5. The Parties entered into a Stipulation to Submit Matter to Arbitration and Request to Stay and this Court signed the order on the Parties' Stipulation on June 7, 2024;

6. The Parties reached an amicable and complete resolution of this matter on June 2, 2025;

7. In light of the resolution, the Parties wish to effect dismissal of this action in its entirety, with prejudice;

8. Plaintiff is deceased, and his surviving spouse, Angela Mae Robinson, has the ability as successor in interest to act on behalf of his estate for purposes of this action, including settlement. As such, she has the ability to instruct Plaintiff's attorneys to enter into and execute this stipulation.

NOW THEREFORE, the Parties hereby stipulate that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this action is to be dismissed in its entirety, with prejudice. The Parties agree to bear their own fees and costs associated with this action and the dismissal thereof. Plaintiff shall file this Stipulation with the Court for an order thereon.

Dated: July 17, 2025         ARMAS & JOSEPH, APC

                     By:    /s/Andrei Armas
                            Andrei Armas
                            Attorneys for Plaintiff
                            LAMORE PAYNE

Dated: July 17, 2025         CARLE, MACKIE, POWER & ROSS LLP

                     By:    /s/Philip J. Terry
                            Philip J. Terry
                            Kimberly Corocran
                            Attorneys for Defendant
                            COMDATA INC.

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that this action is hereby DISMISSED WITH PREJUDICE IN ITS ENTIRETY. Each party is to bear its own costs and expenses incurred to date in defense and/or prosecution of this matter.

**IT IS SO ORDERED.**

Dated:  July 17, 2025        /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE

1